

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FILED
APR 07 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CRIM. CASE NO. 25-20200
    HON. TERRENCE G. BERG

RONNIE LYNN,

    Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

    I, RONNIE LYNN, the defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE: Theft of Government Funds (18 U.S.C. § 641):
Up to 10 Years of Imprisonment, a Fine Up to $250,000, or both.

                                                                /s/ Ronnie Lynn
                                                                RONNIE LYNN
                                                                Defendant

Dated: 4/7/25

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

/s/ Brandy Robinson
BRANDY Y. ROBINSON
Counsel for Defendant

Dated: 04/07/25